UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALTURA ST. MICHAEL EWERS,

              Plaintiff,

      - against -                      17 Civ. 1116 (NRB)

CITY OF NEW YORK, ALEXIS GOODRIDGE,     NOTICE OF CONFERENCE
MENDOZA, HEYWOOD, CAPTAIN DIAZ,
JOHN AND JANE DOE, CORIZON HEALTH,
INC., CORRECTION OFFICER NATHALIE
MENDOZA, CORRECTION OFFICER MICHAEL
HAYWOOD, and CAPTAIN ROBERT DIAZ,

              Defendants.
----------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      The parties are hereby directed to appear for a conference before the Court on April 7, 2020 at 2:30 p.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A. The parties are instructed to come prepared to fully discuss all aspects of the litigation, including the status of discovery and settlement.

Dated:     New York, New York
           February _6_, 2020

                                                  NAOMI REICE BUCHWALD
                                                  UNITED STATES DISTRICT JUDGE