```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ALTURA ST. MICHAEL EWERS,

                    Plaintiff,                    ORDER

        - against -                               17 Civ. 1116 (NRB)

CITY OF NEW YORK, ALEXIS GOODRIDGE,
MENDOZA, HEYWOOD, CAPTAIN DIAZ,
JOHN AND JANE DOE, CORIZON HEALTH,
INC., CORRECTION OFFICER NATHALIE
MENDOZA, CORRECTION OFFICER MICHAEL
HAYWOOD, and CAPTAIN ROBERT DIAZ,

                    Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

In light of the COVID-19 pandemic, the conference that was previously scheduled in this matter for April 7, 2020 is hereby adjourned *sine die*. To facilitate progress in this case, the parties are directed to confer by phone or email to discuss what additional steps are necessary to ready this case for a dispositive motion or trial. If the parties can agree on a schedule, it should be filed on ECF within 30 days. If the parties are unable to agree on a joint proposal, each party should submit, within 40 days of this Order, a letter setting forth proposed next steps.

Dated:   New York, New York
         March 26, 2020

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE