**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALTURA ST. MICHAEL EWERS,

                            Plaintiff,               17 **CIVIL** 1116 (NRB)

                -against-                       **JUDGMENT**

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTION OFFICERS
ALEXIS GOODRIDGE, NATHALIE MENDOZA,
MICHAEL HAYWOOD, CAPTAIN ROBERT
DIAZ, JOHN AND JANE DOE CORRECTION
OFFICERS #1-5, CORIZON HEALTH, INC.,
and JOHN AND JANE DOE MEDICAL
PROVIDERS #6-10,

                         Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 28, 2021, the Court grants defendants' motion for summary judgment in its entirety, and judgment is entered for defendants; accordingly, this case is closed.

**Dated:** New York, New York
        May 28, 2021

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                                       **BY:**
                                                   **Deputy Clerk**